## Louis J. GUILIANO et al.

v.

## WARWICK FEDERAL SAVINGS AND LOAN ASSOCIATION.

### No. 81–379–A.

Supreme Court of Rhode Island.

Nov. 25, 1981.

Louis J. Guiliano, pro se.

Tillinghast, Collins & Graham, Peter J. McGinn, Vivian Tseng, Providence, for defendant.

## ORDER

Consideration of defendant's motion to dismiss is hereby deferred. Plaintiff Louis Guiliano is directed to file with this court an affidavit containing all of those factors which he believes excuse his neglect in failing to file a timely notice of appeal in this case. Such affidavit shall be filed on or before December 21, 1981.

SHEA, J., did not participate.

## In re MIKLOS.

### No. 81–242–A.

Supreme Court of Rhode Island.

Nov. 25, 1981.

Dennis J. Roberts, II, Atty. Gen., for petitioner.

Coia & Lepore, Ltd., Albert J. Lepore, Providence, for respondent.

## ORDER

In light of the circumstances set forth by the respondent, this appeal is hereby reinstated and the respondent is directed to file his brief herein on or before January 11, 1981.

## Patrick R. REYNAUD et al.

v.

## John KOSZELA d/b/a John Koszela and Sons.

### No. 81–371–A.

Supreme Court of Rhode Island.

Nov. 25, 1981.

Kirshenbaum & Kirshenbaum, Van L. Hayhow, Providence, for plaintiffs.

Gorham & Gorham, Inc., Arthur M. Read II, Providence, for defendant.

## ORDER

In view of the fact that the defendant's late payment of the filing fee herein was due to circumstances which constitute excusable neglect, the plaintiffs' motion to dismiss this appeal is denied.